# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Valentin Villareal,

       Plaintiff(s),

vs.

USA,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-126/3:03cr76

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 2, 2007 Order.

Signed: April 2, 2007

Frank G. Johns, Clerk
United States District Court